**STATE of Missouri, Plaintiff/Respondent,**

**v.**

**Glen Scott EVANS, Defendant/Appellant.**

**ED 101484**

Missouri Court of Appeals, Eastern District, *DIVISION TWO.*

Filed: April 7, 2015

Andrew C. Hooper, Jefferson City, MO 65102, for Plaintiff/Respondent.

Rosalynn Koch, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, MO 65203, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Mary K. Hoff, J., and Philip M. Hess, J.

### ORDER

PER CURIAM.

Glen Scott Evans appeals from the trial court's judgment entered upon a jury verdict finding him guilty of second-degree murder. We have reviewed the briefs of the parties and the record on appeal and find no error, plain or otherwise. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).